GIUSEPPE DE CARLO, Respondent, v. MICHELINA IBELLI, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JOSEPH DEMATTEIS, Appellant, v. JASPER JONES, Respondent.— Order denying motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. The bus in question is not engaged in " carrying passengers for pay " within the meaning of the statute █ invoked; it is engaged in the discharge of a governmental function by a school district. Lazansky, P. J., Kapper and Carswell, JJ., concur; Young and Tompkins, JJ., dissent and vote to reverse.

LOUIS FISHMAN, Respondent, v. HARRY KIRSCH, Appellant, and BANK OF MANHATTAN TRUST COMPANY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JAMES A. GLOVER, Respondent, v. ELIAS A. COHEN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GRAYMAR REALTY CORPORATION, Respondent, v. ANNIE BREVOORT EDDY WALDEN, Sometimes Known as ANNE BREVOORT EDDY WALDEN, and Others, Appellants, Impleaded with HENRY BREVOORT EDDY and Others, Defendants, and JAMES H. CAVANAUGH, as Guardian ad Litem for ROMER TERRY TOWLE, an Infant, etc., Respondent.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

STUART E. HENDERSON and THOMAS C. BEST, Individually and as Copartners, Doing Business under the Firm Name and Style of S. E. HENDERSON & Co., Appellants, v. HUNTINGTON MORTGAGE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Carswell and Scudder, JJ., concur; Hagarty and Davis, JJ., dissent.

RUSSELL HOLMSTROM and VICTORIA I. BISCHOFF, Appellants, v. JOHN A. MAGUIRE and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.